# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL MORALESROSAS,<br><br>Defendant. | Case No. 1:25-po-00241-SAB-1<br><br>ORDER RE REFUND OF PAYMENT<br><br>(ECF Nos. 5, 6) |

On November 5, 2025, a citation was issued to Defendant Abel Moralesrosas for violation of a federal regulation. (ECF No. 1 (Violation No. E1463221).) Defendant was ordered to pay $330.00 in connection with the violation. (Id.) Defendant timely paid the fine to the Central Violations Bureau; however, the payment was not properly credited to the correct violation number.[1] Because the Court did not have a record of payment and Defendant failed to appear for the November 20, 2025 court date, the Court assessed a $100.00 fee in connection with an arrest warrant. (ECF Nos. 3, 4.) Defendant subsequently paid the $100.00 fee.

The Central Violations Bureau has confirmed that Defendant paid the original fine prior to the November 20, 2025 court date.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant entered E146221 instead of E1463221.

1

1  Accordingly, IT IS HEREBY ORDERED that Abel Moralesrosas be refunded in the
2 amount of $100.00.

IT IS SO ORDERED.

Dated: **December 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge